**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiffs,
**NAOMI HERRERA and
ALVIN MACLAURIN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI HERRERA, an individual, and ALVIN MACLAURIN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:20-CV-00805-MCE-EFB <br><br> **ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY ORDERED that the entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice, and each side shall bear its own costs and attorney's fees. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE